IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,                         2:12-cr-00256-HDM-CWH

  vs.                                         ORDER

CHRISTOPHER JARROD ESTES,

       Defendant.
_____/

    The motion of the United States to dismiss the criminal information (#13) is granted.

    It is so ordered.

    Dated this 29th day of July, 2013.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE